Per Curiam.
 

 [¶1] Joel Mejia appeals from a criminal judgment entered after he was found guilty of simple assault following a bench trial. Mejia argues there was insufficient evidence to sustain his conviction for simple assault and that the district court was required to make a finding on his claim of self-defense. We summarily affirm under N.D.R.App.P. 35.1(a)(3), concluding there was sufficient evidence to support the guilty verdict. We also affirm under N.D.R.App.P. 35.1(a)(7), concluding in a case tried without a jury, the court need only find the defendant guilty or not guilty.
 
 State v. Berger
 
 ,
 
 235 N.W.2d 254
 
 , 263 (N.D. 1975).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Jerod E. Tufte
 

 Daniel J. Crothers
 

 Lisa Fair McEvers